UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| MOHAMMED S. EL-HANINI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-256-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

In accordance with the Memorandum Opinion and Order entered in this matter [Record No. 9], and pursuant to Federal Rules of Civil Procedure 58, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Mohammed El-Hanini's Complaint [Record No. 1] is DISMISSED, with prejudice, with respect to all issues raised in this proceeding.

2. Judgment is **ENTERED** in favor of the Defendants.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 23rd day of January, 2018.

